UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN ROBERT DEMOS, JR.,

Plaintiff,

v.

WALGREENS BOOTS ALLIANCE,
INC., *et al.*,

Defendants.

CASE NO. 2:26-cv-00382-TMC-GJL

REPORT AND RECOMMENDATION

Noting Date: March 10, 2026

Bar-order litigant John Demos has submitted to the Court for filing a proposed civil rights Complaint, which he characterizes as a "False Claims Derivative Complaint and Qui Tam Action," along with an Application to Proceed *In Forma Pauperis* ("IFP"). Dkts. 1, 1-1.

Plaintiff is well known locally and nationally as an abusive litigant. He is subject to pre-filing bar orders in a number of courts, including this Court, the Eastern District of Washington, the Washington State courts, the Ninth Circuit Court of Appeals, and the United States Supreme Court. *See, e.g., Demos v. Storrie*, 507 U.S. 290, 291 (1993).

Under 28 U.S.C. § 1915(g), Plaintiff may not proceed IFP unless he demonstrates that he is "under imminent danger of serious physical injury," because he has had more than three prior actions dismissed as frivolous, malicious, or for failure to state a claim. *See Demos v. Lehman*, MC99-113-JLW (W.D. Wash. Aug. 23, 1999). Plaintiff's submission does not contain "a

REPORT AND RECOMMENDATION - 1

plausible allegation that [he] faced imminent danger of serious physical injury at the time of filing." *Andrews v. Cervantes*, 493 F.3d 1047 (9th Cir. 2007) (internal citations omitted). Instead, Plaintiff alleges that the named Defendants have committed fraud and related offenses. Dkt. 1-1 at 6–8. These allegations are insufficient to satisfy the imminent-danger exception to § 1915(g).

For these reasons, this Court recommends that Plaintiff's IFP Application (Dkt. 1) be **DENIED**, that any proposed Motions be **DENIED as moot**, and that Plaintiff's proposed Complaint (Dkt. 1-1) be **DISMISSED without prejudice**. A proposed Order accompanies this Report and Recommendation.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit not later than **fourteen (14) days** from the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motions calendar **fourteen (14) days** from the date they are filed. Responses to objections may be filed by **the day before the noting date**. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **March 10, 2026**.

The Clerk is directed to send copies of this Report and Recommendation to the parties and to the Honorable Tiffany M. Cartwright.

Dated this 17th day of February, 2026.

Grady J. Leupold
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2