UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN ROBERT DEMOS, JR.,

               Plaintiff,

     v.

WALGREENS BOOTS ALLIANCE, INC.,
*et al.*,

               Defendants.

CASE NO. 2:26-cv-00382-TMC-GJL

**ORDER ADOPTING REPORT
AND RECOMMENDATION**

Having reviewed the Report and Recommendation ("R&R") of the Honorable Grady J. Leupold, United States Magistrate Judge, any objections or responses, and the remaining record, the Court finds and ORDERS:

(1)    The Court ADOPTS the R&R.

(2)    Plaintiff's Application to Proceed *In Forma Pauperis* (Dkt. 1) is DENIED.

(3)    Plaintiff's proposed Motions are DENIED as moot.

(4)    Plaintiff's proposed Complaint (Dkt. 1-1) is DISMISSED without prejudice.

(5)    The Clerk is directed to send copies of this Order to Plaintiff and to the Hon. Grady J. Leupold.

**DATED** this 6th day of March, 2026.

_____
TIFFANY M. CARTWRIGHT
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 1